GORHAM MFG. CO. v. WEINTRAUB et al. (Circuit Court, S. D. New York. March 5, 1910.) On motion to amend complaint. Denied in part. See 176 Fed. 927. Hugo Mock, for complainant. Benno Loewy, for defendants.

LACOMBE, Circuit Judge. The complaint as it now stands avers, among other things, that defendants have affixed to the silver plated ware sold by them a mark substantially the same as that employed by complainant. This seems broad enough to admit proof of infringing marks which are not Chinese copies. Motion to amend is denied, except as to the averments of citizenship.